IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. BARRY, JR, | No. C 09-02641 SBA (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |
| v. | |
| JOHN F. SALAZAR, Warden, | |
| Respondent. / | |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse within **thirty (30) days** from the date of this Order.

    IT IS SO ORDERED.

DATED:     6/13/11                                   _Saundra B Armstrong_
                                                               SAUNDRA BROWN ARMSTRONG
                                                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Barry2641.EOT-Traverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES A BARRY JR,

        Plaintiff,

  v.

JOHN F SALAZAR et al,

        Defendant.

Case Number: CV09-02641 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Barry
P.O. Box 152
Calpella, CA 95418

Dated: June 15, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Barry2641.EOT-Traverse.wpd      2