UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES A. BARRY,<br><br>  Petitioner,<br><br> vs.<br><br>JOHN SALAZAR, Warden,<br><br>  Respondent. | Case No: C 09-2641 SBA (pr)<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES A BARRY JR,

       Plaintiff,

 v.

JOHN F SALAZAR et al,

       Defendant.
_____/

Case Number: CV09-02641 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Barry
P.O. Box 152
Calpella, CA 95418

Dated: October 12, 2012

                              Richard W. Wieking, Clerk

                                  By: Lisa Clark, Deputy Clerk